```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    :
Lakia Harney,    :
    :
         Plaintiff,    :         **ORDER IN SOCIAL SECURITY CASE**
    :
         -against-    :         21-CV-03816 (VSB) (KHP)
    :
Commissioner of Social Security,    :
    :
         Defendant.    :
    :
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

   By Order, the Commissioner of Social Security had ninety days from April 30, 2021 to serve and file the Electronic Certified Administrative Record (e-CAR). (ECF No. 6.) As of August 16, 2021, nothing has been filed. The Commissioner of Social Security has until August 27, 2021 to file the e-CAR, or this case will be closed.

   **SO ORDERED.**

Dated:   August 16, 2021
         New York, New York

                                         _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge